IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Louis Tamale,

      Plaintiff,               No. CIV S-02-0751 WBS PAN

    vs.

California State, et al.,

      Defendants.         ORDER

_____/

        This civil rights action involves claims that accrued during plaintiff's incarceration; he filed the case, without a lawyer, after being released from custody. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 10, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendant has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Good cause appearing therefor, this matter is hereby REMANDED to the magistrate judge for further consideration of why plaintiff

1

1 should be excused from the exhaustion requirement by virtue of his having been released from
2 custody if, as stated twice in the magistrate judge's findings and recommendations, he was not
3 released until after he filed this lawsuit.

4 DATED: March 3, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2