IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS TAMALE,

      Plaintiff,                                    No. CIV S-02-0751 WBS PAN PS

    vs.

CALIFORNIA STATE, et al.,

      Defendant.                               <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        A suggestion of death upon the record pertaining to the death of defendant Glenn Toppenberg, M.D. was filed on August 24, 2005. Pursuant to Federal Rule of Civil Procedure 25, a motion for substitution of a proper party must be made no later than ninety days after the death is suggested upon the record. That time period has now expired, and no motion for substitution has been filed.

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against defendant Toppenberg be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after service of these findings and recommendations, any written objections may be filed with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 27, 2006.

                               _____
                               UNITED STATES MAGISTRATE JUDGE

12
tama0751.dfr

2