IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS TAMALE,

    Plaintiff,                      No. CIV S-02-0751 WBS PAN PS

    vs.

CALIFORNIA STATE, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 30, 2006, the Magistrate Judge Moulds filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Most notably, Judge Moulds found, for the reasons stated, that it was "most likely that plaintiff was released from prison in July 2001" [not 2002 as stated in Magistrate Judge Nowinski's previous findings and recommendations], and that [i]f the actual date differs from this finding any party is invited to offer proof in objections to these findings and recommendations."  Neither

party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 30, 2006 are adopted in full;

2. Defendant Vong's March 28, 2005 motion to dismiss is denied; and

3. Defendant Vong is directed to answer the September 20, 2002 amended complaint within ten days from the date of this order.

DATED: April 18, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/tama0751cjra.801

2