IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS TAMALE,

    Plaintiff,                    No. CIV S-02-0751 WBS PAN PS

    vs.

CALIFORNIA STATE, et al.,

    Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

                             /

        Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 1, 2006, defendant Van Vong, M.D. filed a motion to dismiss this action for lack of prosecution. On May 2, 2006, the other defendants joined in the motion. Defendants' motion is predicated on the fact, fully supported by the record in this action, that several court orders served on plaintiff's address of record have been returned by the postal service as undeliverable. Plaintiff has not opposed the motion, and on May 23, 2006, defendant Vong filed a reply brief in which he represents that a copy of the motion served on plaintiff's address of record was returned to defendant Vong by the postal service as undeliverable.

/////

/////

1  It appears that plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court and all other parties of any address change. Accordingly, IT IS HEREBY RECOMMENDED that:

1. Defendant Vong's May 1, 2006 motion to dismiss, joined on May 2, 2006 by the other defendants in this action, be granted; and

2. This action be dismissed for plaintiff's failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11-110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
tama0751.33a