IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS TAMALE,

    Plaintiff,                      No. CIV S-02-0751 WBS PAN PS

    vs.

CALIFORNIA STATE, et al.,

    Defendants.                ORDER

_____/

        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 1, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed June 1, 2006 are adopted in full;

2. Defendant Vong's May 1, 2006 motion to dismiss, joined on May 2, 2006 by the other defendants in this action, is granted; and

3. This action is dismissed for plaintiff's failure to keep the court apprised of his current address.  See Local Rules 83-182(f) and 11-110.

DATED: July 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/tama0751.801

2